UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONNIE COLEMAN                                        CIVIL ACTION

VERSUS                                                NO. 10-3209

DEVIN GEORGE                                          SECTION "C" (4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objections to the Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that Defendant's Motion for a More Definite Statement is GRANTED. (Rec. Doc. 13). Plaintiff shall have until September 15, 2011 to file a more definite statement with the Court.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is DISMISSED as premature, reserving Defendant's right to file a motion to dismiss Plaintiff's more detailed complaint.

New Orleans, Louisiana, this 25th day of August, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE